SENRICK WILKERSON
VS
WILLIAM STEPHENS

BK

Case Nos.
3:14-CV-476-P-BK
3:14-CV-2046-B-BK

## REQUEST TO PRODUCE DOCUMENTS AND TANGIBLE THINGS UNDER RULE 34

The Plaintiff Senrick Wilkerson request that defendant William Stephens respond within 7 days to the following requests:

1. To produce and permit the Plaintiff to inspect and copy and and to test and or sample the following documents, including electronic information for cause Nos. F10-01182, F10-01183, F10-01184 & F10-01185.

a) The DPS Arrest Records.
b) The Probable cause reports
c) The arrest affidavits
d) The arraignment sheets
e) The first preliminary initial appearance sheets.
f) The book-in sheets and transcript of hearing held on 12/3/2010 in CDC No. 3
g) The transcript of the arrest video surveillance book-in.

All four cases were filed on 11/22/2010 by Dallas Police Department and on 11/29/2010, the state issued the defective and insufficient capias arrest warrants.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this request gets granted pursuant to Rule 34 Code CRIM. PROC.

Respectfully submitted,

SENRICK WILKERSON 1885146
Byrd Unit
21 FM 247 C15-25T
Huntsville, TX 77320

### CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, the foregoing document has been U.S. mailed to: U.S. District Court, 1100 Commerce ST - Room 1452, Dallas, TX 75242 & Jon R. Meador, P.O. Box 12548, Capitol Station, Austin, TX 78711.

SENRICK WILKERSON

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 17 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy



Serrick Wilkerson 1850116
Byrd Unit
21 FM 247 CIS-751
Huntsville, TX 77320

Legal mail
Case nos.
3:14-cv-476-P-BK
3:14-cv-2046-B-BK
3:14-cv-0234-G-BN

U.S. District Courts
Office of the Clerk
1100 Commerce St. - Room 1452
Dallas, TX 75242

RECEIVED
JUL 17 2014